In re Freeman, Elka; Diefenthal, Stanley; Badger, Beatrice; De La Vergne, Hughes; Leaman, Paul Jr.; Gold, Dotty; Nathan, Max; Pettit, Carole Crowell; Kuntz, Gretchen; Elms, John; Sherry, Ste-phany; Monteleone, William; Ott, Margaret Carolyn; Loria, Phillip R.; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. 88CA-2055; Parish of Orleans, Civil District Court, Div. “B”, No. 88-1272.
Prior report: La.App., 550 So.2d 1220.
Granted.